## MARK S. URICH *v.* RICHARD FISH

The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 797 (AC 26125), is denied.

*Max F. Brunswick*, in support of the petition.

*K. Wynne Bohonnon*, in opposition.

Decided March 14, 2007